467 F.2d 485
 UNITED STATES of America, Appellee,
v.
Carmine J. PERSICO, Jr., Appellant.
 No. 87, Docket 72-1472.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 18, 1972.
Decided Oct. 20, 1972.
 
 Maurice Edelbaum, New York City (Henry J. Boitel, New York City, of counsel), for appellant.
 Shirley Baccus-Lobel, Dept. of Justice, Washington, D. C. (Robert A. Morse, U. S. Atty., E. D. New York, Denis E. Dillon, James O. Druker, Sidney Glazer, Attys., Dept. of Justice, Washington, D. C., of counsel), for appellee.
 Before MANSFIELD, OAKES and TIMBERS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the district court denying defendant Persico's motion for a new trial is affirmed upon Judge Travia's detailed opinion at 339 F.Supp. 1077 (E.D.N.Y.1972).